Richard C. Moreno (SBN 190869)
 rmoreno@murchisonlaw.com
Scott L. Hengesbach (SBN 146731)
 shengesbach@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, Ninth Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

Attorneys for Defendants, FEDEX
CUSTOM CRITICAL, INC.; ANA
QUIJADA and A&K CARGO TRAIL,
LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| LORENZO CHRISTOPHER SERENO, an individual, ELEANOR HOPKINS, an individual,<br><br>        Plaintiffs,<br><br>        vs.<br><br>FEDEX CUSTOM CRITICAL, INC., an Ohio Corporation; ANA QUIJADA, an individual; A&K Cargo Trail LLC, a limited liability company; and DOES 1-50, inclusive,<br><br>        Defendants. | CASE NO.<br><br>**NOTICE OF REMOVAL OF ACTION**<br><br>**[28 U.S.C. §§ 1441; 1446] (Diversity)**<br><br>*[**Filed Concurrently with Certificate of Interested Parties, Notice to Adverse Parties, Civil Cover Sheet and Declaration of Scott L. Hengesbach**]*<br><br>Assigned to:<br><br>Removal Filed:<br>Action Filed:    February 19, 2021<br>Trial Date:      None |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

     **PLEASE TAKE NOTICE** that defendants FEDEX CUSTOM CRITICAL, INC.; ANA QUIJADA and A&K CARGO TRAIL, LLC (hereinafter "defendants") pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal of this civil action from the Superior Court of the State of California for the County of San Bernardino to the United States District Court for the Central District of California, Eastern Division.  The grounds for removal are as follows:

## I.      INTRODUCTION

1.      FedEx Custom Critical, Inc.  with its principal place of business located in Ohio, is a defendant in the civil action entitled, <u>Lorenzo Christopher Sereno, an individual; Eleanor Hopkins, an individual vs. FedEx Custom Critical, Inc. an Ohio Corporation; Ana Quijada, an individual; A&K Cargo Trail, LLC, a limited liability company; and DOES 1-50, inclusive.</u>, with case number CIVSB2103852, which was commenced on February 19, 2021, in the Superior Court of the State of California, County of San Bernardino, and is now pending therein.  A true and correct copy of the Complaint is attached hereto and incorporated by reference as Exhibit 1.

2.      A&K Cargo Trail, LLC, a limited liability company with its principal place of business located in Arlington, TX, is a defendant in the civil action entitled, <u>Lorenzo Christopher Sereno, an individual; Eleanor Hopkins, an individual vs. FedEx Custom Critical, Inc. an Ohio Corporation; Ana Quijada, an individual; A&K Cargo Trail, LLC, a limited liability company; and DOES 1-50, inclusive.</u>, with case number CIVSB2103852, which was commenced on February 19, 2021, in the Superior Court of the State of California, County of San Bernardino, and is now pending therein.  A true and correct copy of the Complaint is attached hereto and incorporated by reference as Exhibit 1.

3.      Ana Quijada, an individual, is a resident of Arlington, Texas and is a defendant in the civil action entitled, <u>Lorenzo Christopher Sereno, an individual; Eleanor Hopkins, an individual vs. FedEx Custom Critical, Inc. an Ohio Corporation; Ana Quijada, an individual; A&K Cargo Trail, LLC, a limited liability company; and DOES 1-50, inclusive.</u>, with case number CIVSB2103852, which was commenced on February 19, 2021, in the Superior Court of the State of California, County of San Bernardino, and is now pending therein.  A true and correct copy of the Complaint is attached hereto and incorporated by reference as Exhibit 1.

4.      California Code of Civil Procedure § 416.10 prescribes <u>who</u> the Summons and Complaint in this action may be delivered to in order to effect service

1  on Defendants.  Code of Civil Procedure §§ 415.10, 415.20, 415.30, and 415.40
2  prescribe the methods for service of process in this state.  On March 15, 2021,
3  Defendants executed the Notice of Acknowledgment of Service of Process.

4      5.    Under 28 U.S.C. § 1446, defendants have 30 days from the date of
5  service upon it to file a notice of removal.  Service of process was properly completed
6  on March 15, 2021. Pursuant to 28 U.S.C. §§ 1441 and 1446, this Notice of Removal
7  is timely filed.

8      6.    As more fully set forth below, this is a civil action over which this Court
9  has original jurisdiction under 28 U.S.C. §§ 1331 and 1332(a), (c), (d); therefore, it is
10  removable under 28 U.S.C. § 1441.  Generally, this case, as alleged in the Complaint
11  and based on a subsequent notice served on Defendants by Plaintiffs and incorporated
12  by reference into the Complaint, raises the question of liability arising under the
13  Constitution and laws of the United States.  Moreover, this case involves a matter in
14  controversy that exceeds the sum or value of $75,000, exclusive of interest and costs,
15  plaintiffs who are citizens of Georgia and Pennsylvania, and Defendants who are
16  citizens of Ohio and Texas.  On these grounds and pursuant to 28 U.S.C. §1441,
17  Defendants may remove this civil action to this Court.

18  **II.    THIS COURT HAS SUBJECT MATTER JURISDICTION**

19      **A.    This Matter Raises Issues of Diversity.**

20          **1.    Diversity Under 28 U.S.C. § 1332(a).**

21              **(a)    The Amount in Controversy Requirement Exceeds**
22                  **$75,000.**

23      7.    Diversity is established when an action "is between citizens of different
24  states."  28 U.S.C § 1332(a)(1).  Pursuant to 28 U.S.C. §1332(c)(1), "a corporation
25  shall be deemed to be a citizen of any State by which it has been incorporated and of
26  the State where it has is principal place of business."  28 U.S.C. §1332(c)(1),

27      8.    Plaintiffs Sereno and Hopkins allege that they suffered severe and
28  serious injuries, loss of earnings and property damage on or about March 3, 2019.

Exhibit 1, Complaint, , p. 4, ¶¶20, 22.  Plaintiffs seek legal relief, including actual damages, including past and future economic and non-economic damages, in accordance with the law and other such relief as provided by the various causes or action and statutes cited in the Complaint.  Exhibit 1, Complaint, Prayer for Relief, p. 5.  Additionally, Plaintiffs' counsel provided a medical chronology to defendants prior to commencement of the litigation.  The medical chronology is attached as Exhibit 1 to the concurrently filed declaration of Scott L. Hengesbach in support of Notice of Removal.  The medical chronology notes that Plaintiff Sereno was taken by medical air transport due to a spinal fracture and left sided paralysis.

9.    Based on the foregoing, defendants, in good faith, believe that amount in controversy exceeds $75,000.00 exclusive of costs and interest, and that complete diversity of citizenship exists between the parties.  See concurrently filed Declaration of Scott L. Hengesbach in support of the Notice of Removal at ¶ 5-6.

**(b)    Complete Diversity of Citizenship Exists.**

10.    There is complete diversity of citizenship between the Plaintiff Sereno and the Defendants in this action.

11.    According to the Complaint, Plaintiff Sereno is and at all times relevant to this action a citizen of the States of Georgia and Pennsylvania, and he currently resides in Pennsylvania. Exhibit 1, Complaint, p.1, ¶1.

12.    According to the Complaint, Plaintiff Hopkins is and at all times relevant to this action a citizen of the State of Georgia, and she currently resides in Georgia. Exhibit 1, Complaint, p.2, ¶1.

13.    FedEx Custom Critical, Inc. is an Ohio Corporation with its principal place of business located in Ohio  Pursuant to 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. §1332(c)(1).  Thus, FedEx Custom Critical, Inc. is deemed to be a citizen of the State of Ohio.

/ / /

Case No.

14.     A&K Cargo Trail, LLC is a Texas limited liability company with its principal place of business located in Texas.  Pursuant to 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. §1332(c)(1).  Thus, A&K Cargo Trail, LLC is deemed to be a citizen of the State of Texas.

15.     Ana Quijada is an individual who resides in Arlington, Texas.  Pursuant to 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed to be a citizen of any State by which it has been incorporated and of the State where it has its principal place of business." 28 U.S.C. §1332(c)(1).  Thus, Ana Quijada is deemed to be a citizen of the State of Texas.

16.     There are no other named defendants in this action.  Accordingly, it is not necessary that any party join in this Notice of Removal.

17.     Based on the foregoing, this case is removable to the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1332 and 1441, because: (1) the Plaintiff Sereno is a citizen of the States of Georgia and Pennsylvania; (2) the Plaintiff Hopkins is a citizen of the States of Georgia; (3) FedEx Custom Critical, Inc. is a citizen of the State of Ohio; (3) A&K Cargo LLC is a citizen of the State of Texas; and (4) Ana Quijada is a citizen of the State of Texas and (5) the amount in controversy, more likely than not, satisfies the $75,000 jurisdictional requirement, exclusive of costs and interest.

## III.     PROCEDURAL REQUIREMENTS FOR REMOVAL ARE SATISFIED

### A.     This Removal is Timely.

18.     Under 28 U.S.C. 1446, a defendant has thirty days from the date of service to file removal papers. Counsel accepted service of the Summons and Complaint on behalf of FedEx Custom Critical, Inc., Ana Quijada and A&K Cargo Trail, LLC on March 15, 2021.  Based on this service date, the thirty-day window for removal expires on or about April 15, 2021.  Thus, pursuant to 28 U.S.C. §§ 1441,

this Notice of Removal is timely filed. Attached hereto as Exhibit 2 are Defendants',
FedEx Custom Critical, Inc., Ana Quijada and A&K Cargo Trail, LLC, answer to
Plaintiff's complaint.

**B.   This Case is Properly Removed to this District.**

19.   The United States District Court for the Central District of California,
Eastern Division, embraces the county in which the state court action is now pending.
Therefore, this action is properly removed to the Central District of California,
Eastern Division, pursuant to 28 U.S.C. § 93(a)(1).

**C.   State Action Pleadings.**

20.   Pursuant to 28 U.S.C. § 1446(a), true and correct copies of pleadings
served by or upon Defendants in the state court action are attached as Exhibit 1 and 2
generally as "remainder of state court action."

**E.   Notice.**

21.   Pursuant to 28 U.S.C. § 1446(d), Defendants are filing written notice of
this removal to all adverse parties, and a Notice to Adverse Party of Removal to
Federal Court.  A copy of this Notice of Removal, will be promptly filed with the
Clerk of the Superior Court of the State of California for the County of San
Bernardino (attached as Exhibit 3) where this action is currently pending.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Case No.

1    WHEREFORE, Defendants respectfully remove this action from the Superior

2  Court of the State of California for the County of San Bernardino to the United States

3  District Court for the Central District of California pursuant to 28 U.S.C. §§ 1331,

4  1332, 1441, and 1446.

5  DATED:  April 14, 2021              **MURCHISON & CUMMING,  LLP**

6

7                                    By: _____

8                                         Richard C. Moreno
                                          Scott L. Hengesbach
9                                         Attorneys for Defendants, FEDEX
                                          CUSTOM CRITICAL, INC.; ANA
10                                        QUIJADA and A&K CARGO TRAIL,
                                          LLC
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.

1

## DEMAND FOR JURY TRIAL

2

Pursuant to Federal Rule of Civil Procedure 38, Defendants hereby demand

3 trial by jury in this action.

4

5 DATED:  April 14, 2021              **MURCHISON & CUMMING,  LLP**

6

7                                          By: _____

8                                               Richard C. Moreno
                                               Scott L. Hengesbach
9                                               Attorneys for Defendants, FEDEX
                                               CUSTOM CRITICAL, INC.; ANA
10                                              QUIJADA and A&K CARGO TRAIL,
11                                              LLC

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.

## PROOF OF SERVICE

**Lorenzo Christopher Sereno vs. FedEx Custom Critical, et. al.**
**CIVSB2103852**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California.  My business address is 801 South Grand Avenue, Ninth Floor, Los Angeles, CA 90017-4613.

On April 14, 2021, I served true copies of the following document(s) described as **NOTICE OF REMOVAL OF ACTION** on the interested parties in this action as follows:

### SEE ATTACHED SERVICE LIST

**BY MAIL:**  I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices.  I am readily familiar with Murchison & Cumming's practice for collecting and processing correspondence for mailing.  I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one business day after the date of deposit for mailing in this declaration.

**BY ELECTRONIC TRANSMISSION ONLY:**  ONLY BY ELECTRONIC TRANSMISSION. Only by e-mailing the document(s) to the persons at the e-mail address(es) listed based on notice provided, that during the Coronavirus (Covid-19) pandemic, this office will be working remotely, not able to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 14, 2021, at Los Angeles, California.

Michelle L. Fisher

9                                                                 Case No.

1

**SERVICE LIST**
**Lorenzo Christopher Sereno vs. FedEx Custom Critical, et. al.**
**CIVSB2103852**

2

3  Stephen K. McElroy, Esq.                    Attorneys for Plaintiffs, LORENZO
   Josh M. Dowell, Esq.                        CHRISTOPHER SERENO, an
4  McElroy Parris Trial Lawyers, APLC          individual; and ELEANOR HOPKINS,
   407 Bryant Circle, Suite F                  an individual
5  Ojai, CA  93023-4227
   Telephone: 805-272-4001
6  Facsimile: 805-719-6858
   E-Mail: steve@mcelroyparris.com
7  E-Mail: josh@mcelroyparris.com

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.