# EXHIBIT "1"

**SUMMONS**
*(CITACION JUDICIAL)*

SUM-100

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

FEDEX CUSTOM CRITICAL, INC., an Ohio Corporation; ANA QUIJADA, an individual; A&K Cargo Trail LLC, a limited liability company; and DOES 1-50, inclusive

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

FEB 19 2021

BY_____
ELISABETH MARTINEZ, DEPUTY

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

LORENZO CHRISTOPHER SERENO, an individual,
ELEANOR HOPKINS, an individual

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.
You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.
There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación*
*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*
*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER:
*(Número del Caso):* CIVSB 2103852

The Superior State of California, County of San Bernardino
247 West Third Street, San Bernardino, CA 92415
San Bernardino District

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Stephen K. McElroy, Esq. (SBN 129239)   (805)272-4001   (805)719-6858 Fax
MCELROY PARRIS TRIAL LAWYERS
407 Bryant Circle, Suite F
Ojai, CA 93023

DATE: FEB 19 2021                Clerk, by _____, Deputy
*(Fecha)*                         *(Secretario)* Elisabeth Martinez *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010).*)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☐ on behalf of *(specify):*
   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Legal Solutions Plus

Code of Civil Procedure §§ 412.20, 465

Stephen K. McElroy, Esq. (SBN 129239)
Josh M. Dowell, Esq. (SBN 316836)
**MCELROY PARRIS TRIAL LAWYERS**
407 Bryant Circle, Suite F
Ojai, CA 93023
Tel:  (805) 272-4001
Fax: (805) 719-6858
Email: service@mcelroyparris.com

Attorneys for Plaintiffs, Lorenzo Christopher Sereno, an individual; and Eleanor Hopkins, an individual

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
SAN BERNARDINO DISTRICT

FEB 19 2021

BY_____
ELIZABETH MARTINEZ, DEPUTY

SUPERIOR COURT OF THE STATE OF CLAIFORNIA

FOR THE COUNTY OF SAN BERNARDINO

| | |
|---|---|
| LORENZO CHRISTOPHER SERENO, an individual, ELEANOR HOPKINS, an individual<br><br>Plaintiffs,<br><br>v.<br><br>FEDEX CUSTOM CRITICAL, INC., an Ohio Corporation; ANA QUIJADA, an individual; A&K Cargo Trail LLC, a limited liability company; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO.:<br>**CIV SB 2 1 0 3 8 5 2**<br>**COMPLAINT FOR DAMAGES**<br><br>**(1) NEGLIGENCE**<br><br><br><br>BY FAX |

COMES NOW, Plaintiffs LORENZO CHRISTOPHER SERENO, an individual, and ELEANOR HOPKINS, an individual, allege as follows:

**PRELIMINARY STATEMENT**

This is an action for personal injury against FedEx Custom Critical, Inc., A&K Trucking and their driver, Ana Quijada for negligence. Plaintiff Lorenzo Sereno, was the driver of a vehicle on the Interstate 40 Westbound in Needles, California, when the box truck being driven by Ana Quijada left its lane and collided with Mr. Sereno's vehicle, sending it off the road. Lorenzo Sereno was severely injured in the collision. Plaintiff Eleanor Hopkins was a passenger in Mr. Sereno's vehicle and was injured in the collision.

## PARTIES

1. Plaintiff Lorenzo Christopher Sereno is a natural person currently residing in the State of Pennsylvania.

2. Plaintiff Eleanor Hopkins is a natural person currently residing in the State of Georgia.

3. Defendant FedEx Custom Critical, Inc. (hereinafter "FedEx Custom Critical") is and was a corporation duly organized and incorporated under the laws of the State of Ohio. FedEx Custom Critical has offices in California and does a substantial amount of business in the State of California.

4. Defendant A&K Cargo Trail, LLC (hereinafter "A&K Cargo") is and was, upon information and belief, a limited liability company incorporated under the laws of the State of Texas and does a substantial amount of business in the State of California..

5. Defendant Ana Quijada (hereinafter "Quijada") is a natural person last known to reside in the State of Texas.

6. The true names and/or capacities, whether individual, corporate, associate or otherwise of the defendants DOES 1 through 50, inclusive, and each of them, are unknown to the Plaintiffs who therefore sue said defendants by such fictitious names. Plaintiffs are informed and believe and thereon allege that each of these defendants fictitiously named herein as a Doe is legally responsible, negligent, or in some other actionable manner liable for the events and happenings hereinafter referred to, and proximately and legally caused the injuries to Plaintiffs as hereinafter alleged. The precise identities of DOES 1 through 50 are currently unknown to the Plaintiffs, but Plaintiffs will seek leave of the court to amend this Complaint to insert the true names and/or capacities of such fictitiously-named defendants when the same has been ascertained. In any place in this Complaint where the term "Defendant" or "Defendants" is used, it shall include DOES 1 through 50 as if so stated.

7. Plaintiffs are informed and believe and thereupon allege that at all times herein mentioned, each of the Defendants, including DOES 1 through 50, inclusive, were the agents and employees and in joint venture with each other, or working in concert with each other, and each

Defendant was acting within the course and scope of such agency, employment, and or joint venture or concerted activity. Whenever and wherever reference is made in this Complaint to any act by a Defendant and/or Defendants, such allegations and references shall also be deemed to mean the acts and failures to act of each Defendant acting individually, jointly, and/or severally.

## JURISDICTION AND VENUE

8. This Court has jurisdiction over the cause of action asserted herein because it arises out of negligent conduct by Defendants in San Bernardino, California. Each defendant has sufficient minimum contacts with the State of California, or otherwise intentionally availed itself of the State of California as to render the exercise of jurisdiction over it by the State of California courts consistent with traditional notions of fair play and substantial justice.

9. Venue is proper in this Court pursuant to California Code of Civil Procedure 395(a) because the place of injury and loss occurred in Needles, California.

## FACTUAL ALLEGATIONS

10. The incident giving rise to this litigation occurred at or near westbound State Route 40 approximately .6 miles West of its intersection with J Street, located in Needles, California.

11. State Route 40, at this location, was and is a divided roadway with two traffic lanes in each direction divided by a center median. The roadway is flat, and the posted speed limit is seventy (70) miles per hour. The roadway and shoulders are collectively referred to, at times, as the "Subject Area."

12. On or about March 3, 2019, Mr. Sereno was driving a Ford F-150 westbound on California Interstate 40 in the number one lane with Ms. Hopkins as his passenger. As they approached a curve in the road, the box truck driven by Quijada left its position in the number two lane and crossed into the number one lane, striking the Ford F-150 and causing it to lose control and go over the guardrail and roll over on the embankment.

13. As a result of Quijada's negligence in operating her vehicle, Mr. Sereno and Ms. Hopkins suffered substantial injuries.

///

///

McElroy Parris
Trial Lawyers,
APLC

# FIRST CAUSE OF ACTION NEGLIGENCE

(By All Plaintiffs against All Defendants)

14. Plaintiffs incorporate herein by reference, as though fully set forth at length, each and every allegation and statement contained in the foregoing paragraphs and of each and every cause of action of this Complaint.

15. At all times mentioned herein, FedEx Custom Critical and DOES 1 through 10 was a common carrier who provided transportation services for goods needing special care in all 50 states.

16. At all times mentioned herein, Ana Quijada DOES 11 through 20 was a driver for FedEx Custom Critical and was in the course and scope of her employment at the time of the collision.

17. Plaintiff is informed and believes and therein alleges that at all times mentioned herein, A&K Cargo Trail and DOES 21 through 30 was contracted with FedEx Critical Care to provide delivery services through its owner and driver, Ana Quijada.

18. Defendants and DOES 1 through 50 and each of them, were the agents and employees of every other Defendant and at all times herein mentioned, were acting the course and scope of said employment.

19. Defendants and DOES 1 through 50 and each of them, owed a duty to Plaintiffs to operate, own, maintain, entrust, and/or drive a vehicle in a reasonably safe manner.

20. Defendants and DOES 1 through 50, and each of them, breached their duties of care that were owed to the Plaintiffs, as set forth above, thereby causing injuries and damage to the Plaintiffs as set forth herein.

21. As a direct and proximate result of each Defendants' breach of their respective duties of care, Plaintiffs have sustained general, special and property damage in amounts to be determined at trial.

22. Plaintiffs are informed and believe and, based thereon, allege that each Defendants' breach of their respective duties of care was a substantial factor, as set forth herein, in causing the Plaintiffs' harm.

23. As a direct and proximate result of the aforesaid negligence and carelessness of the Defendants, and each of them, Plaintiffs sustained severe and serious injuries. Said damages are in a sum the exact amounts of which are not yet known to Plaintiffs, but which amounts will be proved at the time of trial.

WHEREFORE: Plaintiffs, Lorenzo Christopher Sereno and Eleanor Hopkins, pray that they each be awarded damages against Defendants as follows:

1. Economic and non-economic damages, past and future, in an amount which will be proven at the time of trial;

2. Prejudgment interest, according to proof;

3. An award of reasonable costs in accordance with the law and as the court deems appropriate; and

4. An award of any other such relief as the court deems appropriate.

DATED: February 18, 2021          **CARPENTER, ZUCKERMAN & ROWLEY, LLP**

By: _____
STEPHEN K. McELROY, ESQ.
JOSH M. DOWELL
Attorneys for Plaintiffs,
Lorenzo Christopher Sereno, an individual; and
Eleanor Hopkins, an individual

McElroy Parris
Trial Lawyers,
APLC

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial on all causes of action.

DATED: February 18, 2021

CARPENTER, ZUCKERMAN & ROWLEY, LLP

By: _____
STEPHEN K. McELROY, ESQ.
JOSH M. DOWELL
Attorneys for Plaintiffs,
Lorenzo Christopher Sereno, an individual and Eleanor Hopkins, an individual

McElroy Parris
Trial Lawyers,
APLC